UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANIEL E. BUTCHER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  21-cr-10072-JLS |
| Plaintiff, | Hon. Daniel E. Butcher |
| v. | Order Granting Motion for Order to Compel Discovery |
| CARLOS ANTONIO MALDONADO, | |
| Defendant. | |

**GOOD CAUSE APPEARING**, for the reasons stated in Mr. Maldonado's motion, the Probation Office is ordered to produce to defense counsel materials that were relied on in drafting the petition. These materials are to be produced no later than noon on August 12, 2022, so that defense counsel can properly respond to the allegations.

DATED: 8/5/2022                    By: _____

**HON. DANIEL E. BUTCHER**
United States Magistrate Judge